THE MELROSE. JONES v. OGILVIE. (Circuit Court of Appeals, Sixth Circuit. November 16, 1899.) No. 730. Appeal from the District Court of the United States for the Eastern District of Michigan. F. S. Masten, for appellant. John H. Goff, for appellees. No opinion. Affirmed.

---

MINOR v. JONES. (Circuit Court of Appeals, Sixth Circuit. November 15, 1899.) No. 713. Appeal from the Circuit Court of the United States for the Southern District of Ohio. J. R. Shindel, for appellant. H. P. Lloyd, for appellee. No opinion. Reversed.

---

NEW ENGLAND R. CO. v. CONROY. (Circuit Court of Appeals, First Circuit.) Question of law certified to the supreme court of the United States. See 20 Sup. Ct. 85, Adv. S. U. S. 85, 44 L. Ed. ——.

---

PATTON et ux. v. CLARK et al. (Circuit Court of Appeals, Sixth Circuit. December 4, 1899.) No. 718. Appeal from the Circuit Court of the United States for the Western District of Tennessee. Before TAFT, LURTON, and DAY, Circuit Judges.

LURTON, Circuit Judge. This was a bill filed by the trustee to enforce a mortgage on realty in Tennessee, made to secure a note executed to the Jarvis-Conklin Mortgage Trust Company, a foreign corporation, which had not complied with the Tennessee statute prohibiting foreign corporations from doing business within the state before registering their charters. The note purported to be made at Kansas City, Mo., the place of the principal office of the Jarvis-Conklin Mortgage Trust Company, which was a corporation of the state of Missouri, and was payable at Kansas City. This note was indorsed without recourse, before maturity, for value, and without notice of any infirmities, to the complainant below, John W. Clark. The defenses are substantially those presented by the case of Hamilton v. Fowler (C. C. A.) 99 Fed. 18, and was submitted upon the argument made in that case. The case is governed by the opinion in that case this day filed, and is, upon the authority of that decision, affirmed, with costs.

---

THE PHŒNICIA. (Circuit Court of Appeals, Second Circuit. March 14, 1900.) No. 66. Appeal from the District Court of the United States for the Southern District of New York. Everett P. Wheeler, for appellant. Harrington Putnam and Wilhelmus Mynderse, for appellee. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges. No opinion. Decree affirmed, with interest and costs, on opinion below. 90 Fed. 116.

---

SCHNELLER v. NEW ORLEANS & N. E. R. CO. (Circuit Court of Appeals, Fifth Circuit. March 5, 1900.) No. 792. In Error to the Circuit Court of the United States for the Eastern District of Louisiana. J. J. Prowell and Carroll & Carroll, for plaintiff in error. H. H. Hall, for defendant in error. Before PARDEE and SHELBY, Circuit Judges.

PER CURIAM. The judgment of the circuit court in this cause is affirmed.